# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL DEVON ENGEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20-CV-1916 RWS |
| ) | |
| CO1, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Joseph Michael Devon Engel's motion for leave to proceed *in forma pauperis* on appeal. ECF No. 7. When the Court dismissed this action on February 11, 2021, the Court stated that an appeal would not be taken in good faith, *see* 28 U.S.C. § 1915(a)(3), and it is not apparent that Plaintiff now seeks appellate review of any issue that is not frivolous. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962).

Further, Plaintiff has engaged in the practice of repeatedly filing meritless lawsuits in this Court. At this time, he has filed over one-hundred (100) meritless lawsuits in this Court, which is an abuse of the judicial process.

For the above stated reasons, Plaintiff's motion to proceed *in forma pauperis* on appeal will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to proceed *in forma pauperis* on appeal [ECF No. 7] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff shall file any future documents or pleadings in connection with his appeal directly with the United States Court of Appeals for the Eighth Circuit.

Dated this 9th day of April, 2021.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE